UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KOCHER and DEBRA KOCHER, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | No. 2:23-cv-01869-RSL <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

## I.  STIPULATION

The undersigned parties stipulate that all claims and causes of action of Plaintiffs Robert Kocher and Debra Kocher be dismissed with prejudice and that the Order below dismissing this case with prejudice and without an award of fees or costs may be entered.

Dated this 19th day of September, 2024.           Dated this 19th day of September, 2024.

FORSBERG & UMLAUF, P.S.                           LEPLEY LAW FIRM

*s/Kara A. Tredway*                               *s/Patrick LePley*
Ryan J. Hesselgesser, WSBA #40720                 Patrick H. LePley, WBSA #7071
Kara A. Tredway, WSBA #44984                      *Attorney for Plaintiffs*
*Attorneys for Defendant*

STIPULATION AND ORDER OF DISMISSAL– PAGE 1

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

## II. ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore it is ORDERED that this case is dismissed with prejudice and without an award of attorney fees or costs to either party.

Dated this 20th day of September, 2024.

*Robert S. Lasnik*
United States District Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/Kara A. Tredway*
Ryan J. Hesselgesser, WSBA #40720
Kara A. Tredway, WSBA #44984
*Attorneys for Defendant*

LEPLEY LAW FIRM

*s/Patrick LePley*
Patrick H. LePley, WBSA #7071
*Attorney for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL– PAGE 2

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX